**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Dawn Constance Gowens,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-00328-TUC-AMM

**ORDER**

On July 27, 2026, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") recommending this Court reverse the Commissioner of Social Security's decision and remand the matter "for an award of benefits consistent with this opinion." (Doc. 22 at 38.) On July 28, 2026, Defendant objected to the R&R "only to clarify" that "remand for further proceedings, rather than orderings an award of benefits" is the remedy that Plaintiff sought and the remedy consistent with the Magistrate Judge's analysis. (Doc. 23 at 3.) Plaintiff does not oppose Defendant's objections and agrees that remanding the case for further proceedings is the appropriate remedy. (Doc. 24.)

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b),

Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed the Magistrate Judge's R&R, the parties' briefs, and the record. The Court agrees that remanding the matter for further proceedings is the appropriate relief and consistent with the Magistrate Judge's analysis. (*See* Docs. 16, 21; Doc. 22 at 36–38); *see, e.g.*, *I.N.S. v. Ventura*, 537 U.S. 12, 16 (2002) ("[T]he proper course, except in rare circumstances, is to remand to the agency for additional investigation or explanation." (quoting *Fla. Power & Light Co. v. Lorion*, 470 U.S. 729, 744 (1985))). The Court finds no clear error and agrees with the findings and recommendation, as to the remainder of the R&R.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED AS MODIFIED**. (Doc. 22.)

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the agency for further proceedings. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 11th day of August, 2026.

Honorable Angela M. Martinez
United States District Judge